UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:15-cv-00080-JAW |
| WENDY RIEBE, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed May 5, 2016 (ECF No. 83), the Recommended Decision is accepted.

Accordingly, as the Plaintiff has failed to comply with the Order to Show Cause (ECF No. 80), it is hereby ORDERED that the Plaintiff's Motion for Summary Judgment (ECF No. 69) be and hereby is DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2016