UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:15-cv-00080-JAW |
| WENDY RIEBE, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 1, 2016 (ECF No. 91), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion for Summary Judgment (ECF No. 87) be and hereby is GRANTED and judgment shall enter in favor of Defendants on Plaintiff's complaint.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2016